RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 7/7/10
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER 10-0024 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| RILEY D. DANTZLER | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that the Motion to Suppress [Doc. # 17] filed by Defendant Riley D. Dantzler is hereby **DENIED**.

MONROE, LOUISIANA, this __8__ day of __July__ 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE