RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 8/27/10
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 10-0024 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| RILEY D. DANTZLER | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Riley D. Dantzler, and adjudges him guilty of the offense charged in Counts One and Three of the Indictment against him, noting that the plea is a conditional plea which reserves the defendant's right to appeal the Court's adverse ruling on his motion to suppress evidence, and to withdraw his plea should he be successful on appeal.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the District Court accepts defendant, Riley D. Dantzler's agreement to forfeit the firearm referenced in the Indictment.

THUS DONE AND SIGNED this 27 day of August 2010 in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE