UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 10-0024-01 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| RILEY D. DANTZLER | * | MAG. JUDGE KAREN L. HAYES |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 [Doc. No. 84] be TRANSFERRED to the United States Court of Appeals for the Fifth Circuit for a determination whether the successive petition should be allowed pursuant to 28 U.S.C. §§ 2244(a) and (b)(3)(C).

MONROE, LOUISIANA, this 11th day of September, 2013.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE